THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TRAVELERS' INSURANCE COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Travelers' Ins. Co.* v. *Kelsey,* 116 App. Div. 910, affirmed.
(Argued February 18, 1907; decided March 5, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 19, 1906, which confirmed a determination of the defendant in auditing and stating a state tax against the relator for the privilege of carrying on its business within the state.

*David B. Hill, Andrew Hamilton* and *Neile F. Towner* for appellant.

*William S. Jackson, Attorney-General* (*George P. Decker* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.